Approved, SCAO
Original - Court
1st copy - Defendant
3rd copy - Return

**STATE OF MICHIGAN**

FILED - GR
May 21 2025 12:24 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: JW 5-22

**COMPLAINT**
Page ___ of ___ pages

Law Suet

**CASE NO.**
Need case Number
look up case NO.

Court address _____  Court telephone no. _____

**Plaintiff's name(s), address(es), and telephone no(s).**
Memsey G. Taylor 703 Ball N.E.
Grand Rapids Mich 49503

v

**Defendant's name(s), address(es), and telephone no(s).**
The City of Grand Rapids
and
The State of Michigan

1:25-cv-584
Sally J. Berens
U.S. Magistrate Judge

**Plaintiff's attorney, bar no., address, and telephone no.**
Need Attorney for me
In this case.

understand my complaint is with the state Mich and city of Grand Rapids Mich claiming a law sue for Human traffic Title 1983 packet understand this letter is in Regards of the courts Aministrative Rules. Its been over 12 months. And Im been held against my will And all Im asking is for somone to look into my case. understand Im in the county Jail and I don't have my case No. Im asking that some one look up my case, and case number on a Demestic violence 3rd case. That Im here for, understand Im asking for a Relief Immediate Release do to a violation of my due prosses and Violation of bond Reduction and do to them charging me for medical having no Assistance for a whole year since I been here. please I need your help; up on my Release Im asking for An Attorney. to assist me in this matter, understand my lawyer has not Represented me with the full Assistance do to his negaligence in this case has been very poor.

So Im asking for a Relief of 1, 80,000 by holding me hostage & get paid off me

Date: 05/17/25

Signature: Memsey Taylor

MC 01a (6/19) COMPLAINT

understand there using this as a business to hold people hostage to get money and do to depression and mental stress I've also have not been to court since I've been here I've been here over thirteen month and I fill like I'm stuck In this place without no help and no Attorney To assist me please Help me !!!!

Memsey Tayler

Human Traffic
Title 1983
Packet

Hello, My name is Memsey Taylor writing in concerns of my time and the violation of my due prosses. understand I been incarcerated for thirteen months for a domestic 3rd and understand I have not been found Guilty do to them ordering me Psyc evaluations. understand I came in on May 6/24 and I was supposed to go to court on August 1st and did'nt go. do to them ordering me a physic which i was found compiteant to stand trial on September 15 of 2024 and then I went to court on November 7/2024 and after that I never went to court again, and Here it is May 19 of 25 and I'm still am not in court sending me court dates

And I'm not going to court on the dates they are setting for me to go. understand these people are holding me against my will I fill stuck in here without no help. understand my Attorney has not done anything for me since I been understand I fill threaten and scared for my life In here so I ask that you grant my Request of * Immedit relief of $1,80,000 for the Human Trafficing of a prisoner of being held against My will to get paid off me for holding me I'm asking for Immedite Release Thank you

